UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2025____
```

ROSA ZAYAS, as Parent and Natural Guardian of R.Z.,
and ROSA ZAYAS, Individually;

LIZETTE MARTINEZ, as Parent and Natural Guardian
of H.G.M., and LIZETTE MARTINEZ, Individually;

BINTU KABBA, as Parent and Natural Guardian of O.F.,
and BINTU KABBA, Individually;

MAYLENE OTERO, as Parent and Natural Guardian of
K.R-O., and MAYLENE OTERO, Individually,

                              Plaintiffs,

                -against-                                    25 Civ. 7561 (AT)

MELISSA AVILES-RAMOS, in her official capacity as          **ORDER**
Chancellor of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

                              Defendants.

ANALISA TORRES, District Judge:

        The Court is in receipt of Plaintiffs' motion for a preliminary injunction "compelling [the
New York City Department of Education] . . . to comply with the federal and state compliance
deadlines based on Plaintiffs' expedited requests, or alternatively, holding that the failure to hold
Resolution Meetings and conduct timely Due Process Hearings is a *per se* denial of [a free
appropriate public education]."  ECF No. 8 at 6.  Accordingly:

        1.  The parties shall promptly meet and confer to resolve this dispute;
        2.  If the parties are unable to reach a resolution, Defendants shall file their response
            to Plaintiffs' motion by **September 30, 2025**; and
        3.  Plaintiffs shall file their reply, if any, by **October 7, 2025**.

        By **September 18, 2025**, Plaintiffs shall serve on Defendants a copy of their motion, ECF
No. 6, their proposed order to show cause, ECF No. 7, their memorandum of law, ECF No. 8,
their supporting declaration and all accompanying exhibits, ECF Nos. 9, 9-1 to -18, and this
order.  By that **same date**, Plaintiffs shall file proof of such service on the docket.

        SO ORDERED.

Dated:  September 16, 2025
          New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge