```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/22/2025   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA ZAYAS, as Parent and Natural Guardian of R.Z., and ROSA ZAYAS, Individually;

LIZETTE MARTINEZ, as Parent and Natural Guardian of H.G.M., and LIZETTE MARTINEZ, Individually;

BINTU KABBA, as Parent and Natural Guardian of O.F., and BINTU KABBA, Individually;

MAYLENE OTERO, as Parent and Natural Guardian of K.R-O., and MAYLENE OTERO, Individually,

Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25 Civ. 7561 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiffs' second motion for a preliminary injunction. ECF No. 13. Accordingly:

1. The parties shall promptly meet and confer to resolve this dispute;
2. If the parties are unable to reach a resolution, Defendants shall file their response to Plaintiffs' motion by **October 9, 2025**; and
3. Plaintiffs shall file their reply, if any, by **October 23, 2025**.

By **September 24, 2025**, Plaintiffs shall serve on Defendants a copy of their motion, ECF No. 13, their proposed order to show cause, ECF No. 14, their memorandum of law, ECF No. 16, their supporting declaration and all accompanying exhibits, ECF Nos. 15, 15-1 to -4, and this order. By that **same date**, Plaintiffs shall file proof of such service on the docket.

SO ORDERED.

Dated: September 22, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge