UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _12/16/2025_____
```

ROSA ZAYAS, as Parent and Natural Guardian of R.Z., and ROSA ZAYAS, Individually;

LIZETTE MARTINEZ, as Parent and Natural Guardian of H.G.M., and LIZETTE MARTINEZ, Individually;

BINTU KABBA, as Parent and Natural Guardian of O.F., and BINTU KABBA, Individually;

MAYLENE OTERO, as Parent and Natural Guardian of K.R-O., and MAYLENE OTERO, Individually,

Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25 Civ. 7561 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendants have moved for reconsideration of the Court's December 1, 2025 Order, ECF No. 33, based on attorney error. *See* Mot., ECF No. 36; Mem., ECF No. 37. Defendants have also moved to seal certain exhibits in connection with their motion. *See* Seal Mot., ECF No. 35.

1. By **December 30, 2026,** Plaintiffs shall respond to Defendants' motions for reconsideration and to seal certain exhibits, *see* Mot., Seal Mot.; and

2. By **January 6, 2026,** Defendants shall file their reply, if any.

In their papers, the parties shall also address whether joinder of the parties in this lawsuit is proper under Federal Rule of Civil Procedure 20(a)(1), and whether the Court should dismiss the claims against misjoined parties, without prejudice to those Plaintiffs refiling each of their claims in a separate civil action. *See also* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."); *Frias v. Aviles-Ramos*, No. 25 Civ. 5936, 2025 WL 2494336, at *1–2 (S.D.N.Y. Aug. 29, 2025).

SO ORDERED.

Dated:  December 16, 2025
        New York, New York

ANALISA TORRES
United States District Judge