UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA ZAYAS, as Parent and Natural Guardian of R.Z., and ROSA ZAYAS, Individually;

Plaintiff,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026____

25 Civ. 7561 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff and all previously dismissed Plaintiffs[1] move for a stay pending appeal of the Court's order at ECF No. 43.  *See* Mot., ECF No. 45; Mem., ECF No. 46.  Accordingly:

1. By **March 6, 2026,** Defendants shall respond to the motion; and

2. By **March 13, 2026,** Plaintiff and all previously dismissed Plaintiffs shall file their reply, if any.

No other deadlines are affected by this order.

SO ORDERED.

Dated:  February 20, 2026
　　　New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The previously dismissed Plaintiffs are Lizette Martinez, as Parent and Natural Guardian of H.G.M., and Lizette Martinez, Individually; Bintu Kabba, as Parent and Natural Guardian of O.F., and Bintu Kabba, Individually; Maylene Otero, as Parent and Natural Guardian of K.R-O., and Maylene Otero, Individually.