UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA ZAYAS, as Parent and Natural Guardian of
R.Z., and ROSA ZAYAS, Individually,

Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/14/2026___

25 Civ. 7561 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Plaintiffs' letter motion to compel filed at ECF No. 52. The motion is DENIED without prejudice to refiling for failure to comply with Rule III(A) of the undersigned's Individual Practices in Civil Cases. Should Plaintiffs wish to renew their motion, by **April 27, 2026**, they shall file a pre-motion letter in accordance with Rule III(A). The letter shall not exceed four pages. It shall, in setting forth the basis for the motion, (i) address whether R.Z. remains enrolled at iBRAIN for the 2025–26 school year and (ii) identify with particularity what Court order, if any, establishes Defendants' obligation to pay Plaintiffs at this time.

Defendants' request for an extension of time to respond to the motion is DENIED as moot. *See* ECF No. 53.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 52 and 53.

SO ORDERED.

Dated: April 14, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge